UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Daniel Grossfeld,

                Defendant.

---

7:19-MJ-12056(MRG)

JUDGMENT

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on December 30, 2019. The Court thereafter accepted the defendant's plea of guilty to New York Vehicle and Traffic Laws § 509.1 Unlicensed Operation of a Vehicle, and 1180.d Exceeding the Posted Speed Limit, in full satisfaction of the Misdemeanor Complaint filed in December 30, 2019, it is

ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $100.00 by January 23, 2020 or appear on January 24, 2020 to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge